UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

ROBERTA SCHAUER,

           **Plaintiff,**

v.                                       Civil No. 05-6186-HO

COMMISSIONER, SOCIAL SECURITY       ORDER
ADMINISTRATION,

           **Defendant.**

---

      Based upon the stipulation of the parties, the Commissioner is ordered to pay $4,803.04 for Equal Access to Justice Act (EAJA) attorney fees to Plaintiff in care of Plaintiff's attorney. No costs are awarded to either party.

Dated: July 14, 2006

                                          /s/ Michael R. Hogan
                                        United States District Judge

# ORDER